UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIMOTHY DOYLE YOUNG,

                      Plaintiff,

— against —

UNITED STATES,

                      Defendant.
----------------------------------------------------------X

**MEMORANDUM and ORDER**

07-CV-5057 (SLT)(LB)

**TOWNES, United States District Judge:**

By Order dated December 10, 2007, this Court transferred this matter to the United States District Court for the District of Colorado. *See* 28 U.S.C. §§ 85; 1406(a) (district court may transfer case filed in the wrong district to any district in which it could have been brought).

Plaintiff challenges this Court's transfer order. Pursuant to the venue provision governing federal question jurisdiction, this action must be filed in the judicial district where defendants reside or where a substantial part of the events or omissions giving rise to the claim occurred. *See* 28 U.S.C. § 1391(b). Plaintiff is a federal prisoner incarcerated at the United States Penitentiary ("USP") in Florence, Colorado. Here, none of the events alleged occurred within the Eastern District of New York. Rather, a substantial part of the events giving rise to the claim occurred at the USP in Florence, Colorado which is located in the District of Colorado. Accordingly, it is

**ORDERED, ADJUDGED, and DECREED**, that plaintiff's motion to vacate the transfer order is DENIED.

SO ORDERED.

Dated: Brooklyn, New York
       January 4, 2008

                                      *Sandra L. Townes*
                                      SANDRA L. TOWNES
                                      United States District Judge